**Earl WARNER, Appellant, v. UNITED STATES of America, Appellee.**

No. 6868.

Circuit Court of Appeals, Fifth Circuit.

Feb. 21, 1934.

John W. Holland, U. S. Atty., and Wm. A. Paisley, Asst. U. S. Atty., both of Jacksonville, Fla.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

This is an appeal from a judgment of conviction for violations of the National Prohibition Act (27 USCA). Upon the authority of United States v. Chambers, 54 S. Ct. 434, 78.L. Ed. ——, opinion filed February 5, 1934, the judgment is reversed and annulled.